UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/27/2020

OSTROLENK FABER LLP,

                Plaintiff,

      v.

PAUL J. LAGASSEY,

               Defendant.

No. 18-CV-1533 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 2, 2020, the Court construed Defendant's motion as one to compel arbitration and granted that motion. Dkt. 46. Staying the case pending the completion of arbitration, the Court ordered the parties to provide an update on the status of arbitration on or before April 15, 2020. To date, however, the Court has not received that update. Therefore, no later than **May 1, 2020**, the parties shall submit a joint letter informing the Court as to the status of arbitration.

      Plaintiff shall provide a copy of this order to Defendant.

      SO ORDERED.

Dated:    April 27, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge